**Appeal Dismissed and Memorandum Opinion filed July 16, 2019.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-19-00413-CV

### DAVID GHAZVINI, Appellant

### V.

### TEXAS WORKFORCE COMMISSION, ANDERS ALCANTAR, JULIAN ALVARES, COLLEGE OF THE MAINLAND, RUTH R. HUGHS, AND LEE COLLEGE, Appellees

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 18-CV-1058**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed by the trial court on January 17, 2019, sustaining the Texas Workforce Commission's objection to appellant David Ghazvini's jury demand. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered, unless a statutory

exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

On June 11, 2019, notice was sent to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless on or before June 21, 2019, appellant filed a response demonstrating grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). Appellant did not file a response.

The appeal is dismissed for lack of appellate jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Spain and Poissant.